John M. Burke, Esq.
Koles, Burke & Bustillo, LLP
2600 Kennedy Boulevard
Jersey City, New Jersey 07306
(201) 200-0300
Attorney for Frederick Schultz

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

-------------------------------------X

Frederick Schultz,
    Plaintiff,

        v.                             **CIVIL ACTION NUMBER:**

Marina District Development
Corporation, LLC, Marina District
Development Holding, Co, LLC,
Borgata Hotel Casino & Spa,
Boyd Gaming Corporation, MGM Resorts
International Corporation, John
Doe Nos. 1-5, (fictitious
named defendants), and ABC Corp.
Nos. 1-5 (fictitious named defendants),
    Defendants.

-------------------------------------X

**COMPLAINT, JURY DEMAND**

Plaintiff Frederick Schultz, residing at 1663 East 53rd Street, Brooklyn, State of New York, by way of Complaint against Defendants Marina District Development Corporation, LLC, (a New Jersey Corporation), Borgata Hotel Casino & Spa (a New Jersey Corporation or a trade name for a New Jersey Corporation), Marina District Development Holding, Co., LLC (a New Jersey Corporation)

Boyd Gaming Corporation (a Nevada Corporation), MGM Resorts International Corporation (a Delaware Corporation), and John Doe Nos. 1-5 (fictitious names, as the true identity of these Defendants is not yet known) and ABC Corp. Nos. 1-5 (fictitious names, as the true identity of these Defendants is not yet known), says:

## JURISDICTION & VENUE

1. Jurisdiction is proper by way of diversity. Plaintiff is citizen of the State of New York and the Defendants are citizens of the States of New Jersey, Nevada and Delaware.
2. In addition, the amount in controversy for Plaintiff exceeds $75,000.00 exclusive of interest or costs and therefore jurisdiction is further proper pursuant to 28 U.S.C. 1332(b).
3. Defendant MGM Resorts International's registered agent is located in Mercer County, New Jersey. Additionally, all of the corporate defendants conduct business throughout the State of New Jersey, including Essex County, New Jersey. Plaintiff seeks this case to be venued in Newark.

## FIRST COUNT

1. On or about July 17, 2009, Frederick Schultz, was a patron

at the Borgata Hotel Casino & Spa (sometimes hereinafter referred to as the "Borgata") located at or about One Borgata Way, Atlantic City, New Jersey. Said Casino and Hotel was owned by any or all of the following Defendants: Marina District Development Corporation, LLC, Marina District Development Holding, Co, LLC, Boyd Gaming Corporation, MGM Resorts International Corporation or ABC Corp. No. 1.

2. On or about July 17, 2009, Plaintiff was participating in a poker tournament at the Borgata Hotel.

3. On or about July 17, 2009, while Plaintiff was sitting at the table playing poker, employees or agents of the Borgata Hotel, Casino & Spa, Marina District Development Corporation, LLC, Marina District Development Corporation Holding Co., LLC, Boyd Gaming Corporation, MGM Resorts International Corporation or ABC Corp. No. 1. were physically transporting a large sign, stand or metal/steel placard through the casino.

4. The names of the persons transporting the sign or otherwise supervising the same is unknown to Plaintiff, so they are referred to herein as John Doe No. 1, John Doe No. 2 and John Doe No. 3.

5. At or about the same time, place and location, the persons transporting the sign, stand or metal/steel placard dropped the sign, stand or metal/steel placard or otherwise negligently handled the same and struck plaintiff in the head with the sign, stand or metal/steel placard.

6. Plaintiff was significantly injured as a result of being struck with the object at that time.

7. On or about July 17, 209, Borgata Hotel, Casino & Spa, Marina District Development Corporation, LLC, Marina District Development Corporation Holding Co., LLC, Boyd Gaming Corporation, MGM Resorts International Corporation or ABC Corp. No. 1. negligently maintained or operated their casino, to wit, they allowed one of their employees or agents to drop said device on Plaintiff injuring him.

8. As a proximate result of the aforesaid Defendants negligence, Plaintiff sustained injury to his body, incurred medical bills, and was otherwise harmed.

**WHEREFORE**, Plaintiff Frederick Schultz demands judgment against Defendants Borgata Hotel, Casino & Spa, Marina District Development Corporation, LLC, Marina District Development Corporation Holding Co., LLC, Boyd Gaming Corporation, MGM Resorts International Corporation, ABC Corp. No. 1., John Doe Nos. 1-5, ABC Corp. Nos. 2-5 for compensatory damages, interest, attorney's fees, costs of suits and for all other relief that the Court may deem warranted.

### JURY DEMAND

Plaintiff Frederick Schultz demands a trial by jury on all issues so triable.

Dated:  5/16/11

_____
John M. Burke, Esq.

KOLES, BURKE & BUSTILLO, LLP
2600 Kennedy Blvd.
Jersey City, New Jersey 07306
(201) 200-0300

**CERTIFICATION**

I am not aware of any other case arising out of the facts stated herein or any other matter which may be brought as a result of the facts stated.

Dated: 5/16/11

_____
John M. Burke, Esq.

≋JS 44 (Rev. 12/07, NJ 5/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Frederick Schultz

**DEFENDANTS**
Marina District Development Corp., LLC

(b) County of Residence of First Listed Plaintiff   **Kings County, NY**

County of Residence of First Listed Defendant   **Atlantic**

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, Telephone Number and Email Address)

Koles, Burke & Bustillo, LLP
2600 Kennedy Boulevard
Suite 1K
Jersey City, NJ 07306

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332(b)

Brief description of cause:
action for personal injuries sustained when workers dropped a sign on Plaintiff

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S)   (See instructions):

JUDGE _____   DOCKET NUMBER _____

Explanation:

DATE  5/16/11

SIGNATURE OF ATTORNEY OF RECORD