John M. Burke, Esq.
Koles, Burke & Bustillo, LLP
2600 Kennedy Boulevard
Jersey City, New Jersey 07306
(201) 200-0300
Attorney for Frederick Schultz

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

-----------------------------------X

Frederick Schultz,
      Plaintiff,

         v.

Marina District Development
Corporation, LLC, Marina District
Development Holding, Co, LLC,
Borgata Hotel Casino & Spa,
Boyd Gaming Corporation, MGM Resorts
International Corporation, John
Doe Nos. 1-5, (fictitious
named defendants), and ABC Corp.
Nos. 1-5 (fictitious named defendants),
      Defendants.

-----------------------------------X

**CIVIL ACTION NUMBER:**

11-2786 (RBK/JS)

**STIPULATION OF DISMISSAL**

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against all parties.

By _____
Domenic Sanginiti, Esq.
Cooper, Levenson
Attorney for Defendants

By _____
John M. Burke, Esq.
Koles, Burke & Bustillo, LLP
Attorney for Plaintiff

Dated: January 9, 2012

Dated: 12/23/2011